Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Robert M. Rieser* and *John Wattawa* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Bazelon, Roger P. Marquis* and *Fred W. Smith* for respondents. *Greek L. Rice,* Attorney General of Mississippi, filed a brief for that State, as *amicus curiae,* in support of the petition.

No. 1197. PETERS *v.* UNITED STATES. May 12, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Eugene D. O'Sullivan* and *Hugh J. Boyle* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1206. CLAMITZ *v.* THATCHER MANUFACTURING Co. ET AL. May 12, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Meyer Abrams, Joseph Nemerov* and *Maurice J. Dix* for petitioner. *Edward K. Hanlon* for respondents.

No. 961. BIRTCH ET AL. *v.* HUNTER, WARDEN. May 12, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *J. Raymond Gordon* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 1187. JACKSON *v.* TENNESSEE. May 12, 1947. Petition for writ of certiorari to the Supreme Court of